THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

ROY R. GALLEGOS,                                    CASE NO. C22-5506 JCC

10                              Plaintiff,           ORDER

11            v.

12    RONALD HAYNES,

13                              Defendant.

14

15         The Court, having reviewed Petitioner's petition for writ of habeas corpus, Respondent's

16    answer to the petition, the Report and Recommendation ("R&R") of United States Magistrate

17    Judge Michelle L. Peterson, Petitioner's objections to the R&R,[1] and the remaining record, and

18    finding oral argument unnecessary, hereby finds and ORDERS:

19         (1) The Report and Recommendation (Dkt. No. 10) is approved and adopted.

20         (2) Petitioner's petition for writ of habeas corpus (Dkt. No. 3) and this action are

21              DISMISSED, with prejudice, as untimely under 28 U.S.C. § 2244(d).

22         (3) In accordance with Rule 11 of the Rules Governing Section 2254 in the United States

23

---

[1] In his objections, Petitioner reiterates his claim that the statute of limitations should have been
24    tolled pending resolution of his state application for collateral review. (Dkt. No. 11.) Not only is
       this claim unsupported by the record, but even if it were true, the statute of limitations would
25    have run its course during the time period from November 17, 2016, when his first state petition
       was resolved until December 5, 2019, when he filed a successive state petition. (*See* Dkt. No. 7-1
26    at 112–117.)

ORDER
C22-5506 JCC
PAGE - 1

1    District Courts, a certificate of appealability is DENIED.

2    (4)  The Clerk is directed to send copies of this Order to Petitioner, to counsel for

3    Respondent, and to the Honorable Michelle L. Peterson.

4

5    DATED this 12th day of December 2022.

6

7

8    _____

9    John C. Coughenour
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
C22-5506 JCC
PAGE - 2